# Exhibit B

**Loss Chart**
Losses of Antares Investor Group in Antares Pharma, Inc. (ATRS)

| Client Name | Antares Investor Group | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Company Name | Antares Pharma, Inc. | 90 Day Lookback Average 11/28/2017 Avg. Price From | $1.8990 | | | **LIFO Loss** | | **Dura LIFO Loss** |
| Ticker Symbol | ATRS | Class Period End | 1.9065625 | | | Duong | $10,150.20 | $10,150.20 |
| Class Period Start | 12/21/2016 | | | | | Xie | $18,194.47 | $18,194.47 |
| Class Period End | 10/12/2017 | | | | | DeYoe | $7,372.10 | $7,372.10 |
| | | | | | | Szczodrowski | $8,914.59 | $8,914.59 |
| | | | | | | Roof | $4,164.08 | $4,164.08 |
| | | | | | | **TOTAL:** | **$48,795.45** | **$48,795.45** |

### Tai Duong

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss | Dura |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/19/2017 | 2,000.00 | $ 2.95 | $5,900.00 | | | | | 2,000.00 | 1.898979592 | $ 3,797.96 | $2,102.04 | $ 2,102.04 |
| 9/19/2017 | 400.00 | $ 2.94 | $1,176.00 | | | | | 400.00 | 1.898979592 | 759.59 | $416.41 | 416.41 |
| 9/19/2017 | 2,000.00 | $ 2.94 | $5,880.00 | | | | | 2,000.00 | 1.898979592 | 3,797.96 | $2,082.04 | 2,082.04 |
| 9/19/2017 | 1,600.00 | $ 2.94 | $4,704.00 | | | | | 1,600.00 | 1.898979592 | 3,038.37 | $1,665.63 | 1,665.63 |
| 9/20/2017 | 100.00 | $ 2.90 | $290.00 | | | | | 100.00 | 1.898979592 | 189.90 | $100.10 | 100.10 |
| 9/20/2017 | 1,900.00 | $ 2.90 | $5,510.00 | | | | | 1,900.00 | 1.898979592 | 3,608.06 | $1,901.94 | 1,901.94 |
| 9/20/2017 | 2,000.00 | $ 2.84 | $5,680.00 | | | | | 2,000.00 | 1.898979592 | 3,797.96 | $1,882.04 | 1,882.04 |
| | | | | | | | | | | $ - | $0.00 | |
| 10/31/2017 | 35,200.00 | $ 1.80 | $63,360.00 | | | | | 35,200.00 | 1.898979592 | 66,844.08 | ($3,484.08) | |
| **TOTAL:** | **10,000.00** | | **$29,140.00** | | | | | **10,000.00** | **0** $ | **18,989.80** | **$10,150.20** $ | **10,150.20** |
| | (In Class Period) | | (In Class Period) | | | | | | | | (In Class Period) | (In Class Period) | (In Class Period) |

### Qiang Xie

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Avg. Price Disclosure to Sale | 90 Day Lookback | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss | Dura |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2017 | 760 | $3.40 | $2,584.00 | 11/28/2017 | 760 | 1.9065625 | $ 1.83 | $1,448.99 | - | 1.898979592 | $ - | $1,135.01 | $1,135.01 |
| 10/3/2017 | 1000 | $3.59 | $3,590.00 | 11/28/2017 | 1000 | 1.9065625 | $ 1.83 | $1,906.56 | - | 1.898979592 | $ - | $1,683.44 | $1,683.44 |
| 10/3/2017 | 2,000 | $3.62 | $7,240.00 | 11/28/2017 | 2000 | 1.9065625 | $ 1.83 | $3,813.13 | - | 1.898979592 | $ - | $3,426.88 | $3,426.88 |
| 10/5/2017 | 740 | $3.82 | $2,826.80 | 11/28/2017 | 740 | 1.9065625 | $ 1.83 | $1,410.86 | - | 1.898979592 | $ - | $1,415.94 | $1,415.94 |
| 10/5/2017 | 60 | $3.82 | $229.20 | 10/12/2017* | 60 | | $ 2.25 | $135.00 | - | 1.898979592 | $ - | $94.20 | $94.20 |
| 10/5/2017 | 240 | $3.85 | $924.00 | 10/12/2017* | 240 | | $ 2.25 | $540.00 | - | 1.898979592 | $ - | $384.00 | $384.00 |
| 10/5/2017 | 90 | $3.85 | $346.50 | 10/12/2017* | 90 | | $ 2.25 | $202.50 | - | 1.898979592 | $ - | $144.00 | $144.00 |
| 10/5/2017 | 1470 | $3.85 | $5,659.50 | 10/12/2017* | 1470 | | $ 2.25 | $3,307.50 | - | 1.898979592 | $ - | $2,352.00 | $2,352.00 |
| 10/5/2017 | 2000 | $3.90 | $7,800.00 | 10/12/2017* | 2000 | | $ 2.25 | $4,500.00 | - | 1.898979592 | $ - | $3,300.00 | $3,300.00 |
| 10/9/2017 | 940 | $3.93 | $3,694.20 | 10/12/2017* | 940 | | $ 2.25 | $2,115.00 | - | 1.898979592 | $ - | $1,579.20 | $1,579.20 |
| 10/9/2017 | 60 | $3.93 | $235.80 | 10/12/2017* | 60 | | $ 2.25 | $135.00 | - | 1.898979592 | $ - | $100.80 | $100.80 |
| 10/9/2017 | 140 | $3.85 | $539.00 | 10/12/2017* | 140 | | $ 2.25 | $315.00 | - | 1.898979592 | $ - | $224.00 | $224.00 |
| 10/9/2017 | 220 | $3.85 | $847.00 | 10/12/2017* | 220 | | $ 2.30 | $506.00 | - | 1.898979592 | $ - | $341.00 | $341.00 |
| 10/9/2017 | 640 | $3.85 | $2,464.00 | 10/12/2017* | 640 | | $ 2.30 | $1,472.00 | - | 1.898979592 | $ - | $992.00 | $992.00 |
| 10/10/2017 | 360 | $3.7600 | $1,353.60 | 10/12/2017* | 360 | | $ 2.30 | $828.00 | - | 1.898979592 | $ - | $525.60 | $525.60 |
| 10/10/2017 | 300 | $3.7600 | $1,128.00 | 10/12/2017* | 300 | | $ 2.30 | $690.00 | - | 1.898979592 | $ - | $438.00 | $438.00 |
| 10/10/2017 | 40 | $3.7600 | $150.40 | 10/12/2017* | 40 | | $ 2.30 | $92.00 | - | 1.898979592 | $ - | $58.40 | $58.40 |
| | | | $0.00 | | | | | $0.00 | - | 1.898979592 | $ - | $0.00 | |
| 10/13/2017 | 1500 | $2.25 | $3,375.00 | 10/23/2017 | 1500 | | $ 2.27 | $3,405.00 | - | 1.898979592 | $ - | ($30.00) | |
| 10/13/2017 | 2000 | $2.19 | $4,380.00 | 10/16/2017 | 2000 | | $ 2.20 | $4,400.00 | - | 1.898979592 | $ - | ($20.00) | |
| **TOTAL:** | **11,060.00** | | **$41,612.00** | | **14560** | | | **$31,222.53** | | | | **$18,194.47** | **$18,194.47** |
| | (In Class Period) | | (In Class Period) | | | | | | | | | (In Class Period) | |

*These transactions occurred after the truth had been disclosed to the market and after the corresponding stock drop.

### Daniel DeYoe

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss | Dura |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/3/2017 | 5000 | $3.58 | $17,900.00 | | | | $0.00 | 5,000.00 | 1.898979592 | $ 9,494.90 | $8,405.10 | $8,405.10 |
| 10/3/2017 | 3200 | $3.58 | $11,456.00 | 10/9/2017 | 3200 | $ 3.79 | $12,128.00 | - | 1.898979592 | $ - | ($672.00) | ($672.00) |
| 10/3/2017 | 1700 | $3.59 | $6,103.00 | 10/9/2017 | 1700 | $ 3.79 | $6,443.00 | - | 1.898979592 | $ - | ($340.00) | ($340.00) |
| 10/3/2017 | 100 | $3.59 | $359.00 | 10/9/2017 | 100 | $ 3.80 | $380.00 | - | 1.898979592 | $ - | ($21.00) | ($21.00) |
| **TOTAL:** | **10,000.00** | | **$35,818.00** | | **5000** | | **$18,951.00** | | | **$ 9,494.90** | **$7,372.10** | **$7,372.10** |

### Robert Szczodrowski

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss | Dura |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/9/2017 | 4500 | $3.88 | $17,460.00 | | | | $0.00 | 4,500.00 | 1.898979592 | $ 8,545.41 | $8,914.59 | $8,914.59 |
| **TOTAL:** | **4,500.00** | | **$17,460.00** | | **0** | | **$0.00** | | | **$ 8,545.41** | **$8,914.59** | **$8,914.59** |

### Dennis Roof

| Acquisition Date | Quantity of Securities Purchased | Price Per Security | Total Cost | Disposition Date | Number of Securities Sold | Price Per Security | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss | Dura |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/29/2017 | 1000 | $2.76 | $2,760.00 | | | | $0.00 | 1,000.00 | 1.898979592 | $ 1,898.98 | $861.02 | $861.02 |
| 4/5/2017 | 1,000 | $3.00 | $3,000.00 | | | | $0.00 | 1,000.00 | 1.898979592 | $ 1,898.98 | $1,101.02 | $1,101.02 |
| 9/13/2017 | 2,000 | $3.00 | $6,000.00 | | | | $0.00 | 2,000.00 | 1.898979592 | $ 3,797.96 | $2,202.04 | $2,202.04 |
| **TOTAL:** | **1,000.00** | | **$2,760.00** | | **0** | | **$0.00** | | | **$ 1,898.98** | **$4,164.08** | **$4,164.08** |