# Exhibit C

12/12/2017 Pomerantz Law Firm Announces the Filing of a Class Action against Antares Pharma, Inc. and Certain Officers – ATRS

Case 3:17-cv-08945-MAS-DEA   Document 8-5   Filed 12/22/17   Page 2 of 3 PageID: 295

# Pomerantz Law Firm Announces the Filing of a Class Action against Antares Pharma, Inc. and Certain Officers – ATRS

October 23, 2017 17:19 ET | **Source:** Pomerantz LLP

NEW YORK, Oct. 23, 2017 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Antares Pharma, Inc. ("Antares" or the "Company") (NASDAQ:ATRS) and certain of its officers.   The class action, filed in United States District Court, District of New Jersey, and docketed under 17-cv-08945, is on behalf of a class consisting of investors who purchased or otherwise acquired Antares securities, seeking to recover compensable damages caused by defendants' violations of the Securities Exchange Act of 1934.

If you are a shareholder who purchased Antares securities between December 21, 2016, and October 12, 2017, both dates inclusive, you have until December 22, 2017, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.    To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here to join this class action]

Antares develops pharmaceutical delivery systems, including needle-free and mini-needle injector systems and transdermal gel technologies. The Company distributes its needle-free injector systems in various countries. Antares also conducts research and development with transdermal gel products and has several products in clinical evaluation with partners.

Antares's product Xyosted (originally known as QuickShot Testosterone or QST) has been among the Company's lead product candidates at all relevant times.  Antares announced its submission of a New Drug Application ("NDA") for Xyosted to the U.S. Food and Drug Administration ("FDA") on December 21, 2016.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Antares had provided insufficient data to the FDA in connection with its NDA for Xyosted; (ii) accordingly, Antares had overstated the approval prospects for Xyosted; and (iii) as a result of the foregoing, Antares' public statements were materially false and misleading at all relevant times.

12/12/2017 Pomerantz Law Firm Announces the Filing of a Class Action against Antares Pharma, Inc. and Certain Officers – ATRS

Case 3:17-cv-08945-MAS-DEA   Document 8-5   Filed 12/22/17   Page 3 of 3 PageID: 296

On October 12, 2017, post-market, Antares disclosed that on October 11, 2017, the Company received a letter from the FDA stating that the agency had "identified deficiencies that preclude the continuation of the discussion of labeling and post marketing requirements/commitments" for Xyosted.

On this news, the Company's share price fell $1.41, or 37.80%, to close at $2.32 on October 13, 2017.

On October 20, 2017, post-market, Antares announced receipt of a Complete Response Letter ("CRL") from the FDA regarding the NDA for Xyosted, "indicat[ing] that the FDA cannot approve the NDA in its present form."  The Company stated, in part that "the FDA is concerned that XYOSTED could cause a clinically meaningful increase in blood pressure" and also "raised a concern regarding the occurrence of depression and suicidality."

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.