UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY SMITH, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ANTARES PHARMA, INC., et al.,<br><br>Defendants. | Civil Action No. 17-8945 (MAS) (DEA)<br><br>**ORDER** |

This matter comes before the Court on two motions: (i) Faraj Touchan's ("Touchan") Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF No. 7); and (ii) Serghei Lungu's ("Lungu") Motion for Appointment as Lead Plaintiff and Approval of Counsel (ECF No. 9). Touchan and Lungu each filed opposition (ECF Nos. 12, 14) and Lungu replied (ECF No. 16). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 27th day of July 2018, **ORDERED** that:

1. Lungu's Motion for Appointment as Lead Plaintiff and Approval of Counsel (ECF No. 9) is **GRANTED**. The Court appoints Lungu as Lead Plaintiff, Pomerantz LLP as Lead Counsel, and Lite DePalma Greenberg, LLC as Liaison Counsel.

2. The following competing motions are **DENIED WITHOUT PREJUDICE**:

    (a) Touchan's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF No. 7);

    (b) The Antares Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (ECF No. 8); and

    (c) Rehan Khan's Motion for Appointment as Lead Plaintiff and Approval of Counsel (ECF No. 10).

/s/ Michael A. Shipp

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**