**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

*Attorney for Lead Plaintiff and Liaison Counsel for the Class*

[Additional Counsel on signature page]

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY SMITH, Individually and on Behalf of All Others Similarly Situated, | : <br> : Civil Action No.: 17-8945(MAS)(DEA) <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| ANTARES PHARMA, INC., ROBERT F. APPLE and FRED M. POWELL, | : **NOTICE OF MOTION FOR *PRO HAC*** <br> : ***VICE* ADMISSION OF JEREMY A.** <br> : **LIEBERMAN** |
| Defendants. | : <br> : |

**PLEASE TAKE NOTICE** that the undersigned attorneys for Lead Plaintiff, Serghei Lungu ("Lead Plaintiff") shall move under Local Civ. R. 101.1(c) for an Order permitting the *pro hac vice* admission of Jeremy A. Lieberman on behalf of the Lead Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that Lead Plaintiff will rely upon the Certifications of Bruce D. Greenberg and Jeremy A. Lieberman in support of this motion. A proposed form of Order is attached.

**LITE DEPALMA GREENBERG LLC**

Dated:  August 1, 2018

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
Email: bgreenberg@litedepalma.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Attorneys for Lead Plaintiff*