
**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

*Attorney for Lead Plaintiff and Liaison Counsel for the Class*

<div align="center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

</div>

| | | |
|---|---|---|
| RANDY SMITH, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No.: 17-8945(MAS)(DEA) |
| Plaintiff, | : : | |
| v. | : : : | **CERTIFICATION OF BRUCE D. GREENBERG A IN SUPPORT OF PRO HAC VICE ADMISSION OF JEREMY A. LIEBERMAN** |
| ANTARES PHARMA, INC., ROBERT F. APPLE and FRED M. POWELL, | : : : | |
| Defendants. | : : | |

**Bruce D. Greenberg**, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and a member of the firm Lite DePalma Greenberg, LLC, co-counsel for Lead Plaintiff, Serghei Lungu ("Lead Plaintiff") in this matter. I have personal knowledge of the facts set forth herein.

2. I make this certification in support of Lead Plaintiff's motion to admit Jeremy A. Lieberman *pro hac vice* as counsel for Lead Plaintiff.

3. Jeremy A. Lieberman is a partner with the firm of Pomerantz LLP, located at 600 Third Avenue, New York, NY 10016.

4. Mr. Lieberman has advised me that he is a member in good standing of the bars of the State of New York; the United States District Court for the Eastern District of New York; the

United States District Court for the Southern District of New York; the United States District Court for the Northern District of Illinois; the United States District Court for the Southern District of Texas; the United States District Court for the District of Colorado; the United States District Court for the Eastern District of Michigan; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the Tenth Circuit; and The Supreme Court of the United States of America. He is not under suspension, nor has he ever been suspended or disbarred from any court. Mr. Lieberman is fully familiar with the facts of this case.

5. There is good cause for the *pro hac vice* admission of Mr. Lieberman, as he is familiar with the facts, issues and pleadings in this action and no delay in the conduct of the proceedings would be occasioned by him acting as attorney for Lead Plaintiff in this matter.

6. Pursuant to Local Civil Rule 101.1(c)(4), my firm will appear in this action, including all court appearances on behalf of Lead Plaintiff and agree to accept service of all notices, orders, and pleadings in this action. I or an attorney from my firm will sign and file all pleadings, enter all appearances, sign all stipulations, and other such documents in this matter. I agree to be responsible for the conduct of the above-named counsel should he be admitted *pro hac vice*.

7. I will make certain that the attorney to be admitted *pro hac vice* in this case will comply with Local Civil Rule 101.1(c).

8. Accordingly, I respectfully request that this Court enter an Order admitting Jeremy A. Lieberman *pro hac vice* in this action.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  August 1, 2018

                                              _/s/Bruce D. Greenberg_
                                              Bruce D. Greenberg