**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street – Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

*Attorney for Lead Plaintiff and Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTARES PHARMA, INC., ROBERT F. APPLE and FRED M. POWELL,<br><br>Defendants. | Case No. 3:17-cv-08945 (MAS) (DEA)<br><br>**CERTIFICATION OF JEREMY A. LIEBERMAN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

JEREMY A. LIEBERMAN, of full age, hereby certifies as follows:

1. I am a partner with the firm of Pomerantz LLP, located at 600 Third Avenue, New York, NY 10016, co-counsel for Lead Plaintiff, Serghei Lungu in the above-captioned matter. I make this certification on my personal knowledge in support of Lead Plaintiff's application to have me admitted pro hac vice.

2. I am a member in good standing of the bars of the State of New York (admitted 2003); the United States District Court for the Eastern District of New York (admitted 2006); the United States District Court for the Southern District of New York (admitted 2006); the United States District Court for the Northern District of Illinois (admitted 2012); the United States

{00288666;1}

1

District Court for the Southern District of Texas (admitted 2013); the United States District Court for the District of Colorado (admitted 2014); the United States District Court for the Eastern District of Michigan (admitted 2014); the United States Court of Appeals for the Second Circuit (admitted 2009); the United States Court of Appeals for the Third Circuit (admitted 2014); the United States Court of Appeals for the Fourth Circuit (admitted 2015); the United States Court of Appeals for the Sixth Circuit (admitted 2015); the United States Court of Appeals for the Ninth Circuit (admitted 2011); United States Court of Appeals for the Tenth Circuit (admitted 2014); and The Supreme Court of the United States of America (admitted 2017). The names and addresses of the offices maintaining the roll of members of the bar in these jurisdictions are as follows:

| | |
|---|---|
| **New York**<br>**Second Judicial Department**<br>45 Monroe Place<br>Brooklyn, New York 11201 | **United States District Court for the Eastern District of New York**<br>Brooklyn Courthouse<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 |
| **United States District Court for the Southern District of New York**<br>Clerk of the Court<br>Daniel Patrick Moynihan U.S. Courthouse<br>500 Pearl Street<br>New York, New York 10007 | **United States District Court for the Northern District of Illinois**<br>219 S. Dearborn Street<br>Chicago, Illinois 60604 |
| **United States District Court for the Southern District of Texas**<br>515 Rusk Avenue<br>Houston, Texas 77002 | **United States District Court for the District of Colorado**<br>901 19th Street<br>Denver, Colorado 80294 |
| **United States District Court for the Eastern District of Michigan**<br>231 West Lafayette Boulevard<br>Detroit, Michigan 48226 | **United States Court of Appeals for the Second Circuit**<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, New York 10007 |

| United States Court of Appeals for the Third Circuit<br>601 Market Street<br>Philadelphia, Pennsylvania 19106 | United States Court of Appeals for the Fourth Circuit<br>1100 East Main Street, Suite 501<br>Richmond, Virginia 23219 |
|---|---|
| United States Court of Appeals for the Sixth Circuit<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | United States Courts of Appeals for the Ninth Circuit<br>95 7th Street<br>San Francisco, California 94103 |
| United States Court of Appeals for the Tenth Circuit<br>1823 Stout Street<br>Denver, Colorado 80257 | Supreme Court of the United States of America<br>1 First Street, NE<br>Washington, DC 20543 |

3. I am not under suspension, nor have I ever been suspended or disbarred from any court. No disciplinary proceedings are pending against me and no discipline has been previously imposed upon me in any jurisdiction. I am fully familiar with the facts of this case.

4. I am conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and will abide by those Rules.

5. Upon entry of the requested order, payment in the appropriate amount will be forwarded to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

6. In accordance with Local Civil Rule 101.1 (c)(3), upon entry of the requested order, payment in the amount of $150.00 will be forwarded to the Clerk, United States District Court.

7. I understand that in accordance with Local Civil Rule 101.1(c)(5), a lawyer admitted *pro hac vice* is within the disciplinary jurisdiction of this Court. I agree to comply with the requirements of Local Civil Rule 101.1(c). I agree to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

8. The firm of Lite DePalma Greenberg, LLC of Newark, New Jersey has agreed to work with my firm in this action.

9. I respectfully request that this Court grant Lead Plaintiff's application to have me admitted *pro hac vice* for all purposes in this matter, including trial.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Dated: July 31, 2018

_____
Jeremy A. Lieberman