UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RANDY SMITH, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No.: 17-8945(MAS)(DEA) |
| Plaintiff, | : : : | |
| v. | : : : | [PROPOSED] ORDER FOR *PRO HAC VICE* ADMISSION OF JEREMY A. LIEBERMAN |
| ANTARES PHARMA, INC., ROBERT F. APPLE and FRED M. POWELL, | : : : | |
| Defendants. | : : : | |

This matter having been presented to the Court by Lite DePalma Greenberg, LLC for the entry of an Order allowing the appearance *pro hac vice* of Jeremy A. Lieberman for all purposes in the above captioned matter, and the Court having reviewed the Certifications of Bruce D. Greenberg and Jeremy A. Lieberman and it appearing that Jeremy A. Lieberman is a partner with the firm of firm Pomerantz LLP, located at 600 Third Avenue, New York, NY 10016; and that Lite DePalma Greenberg, LLC has agreed to act as local counsel; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2018

**ORDERED**, that Jeremy A. Lieberman is hereby admitted *pro hac vice* for all purposes of representing Lead Plaintiff, Serghei Lungu in the above entitled action, and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) Jeremy A. Lieberman shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made contributions,

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), Jeremy A. Lieberman shall make a payment of $150.00, payable to the Clerk, United States District Court,

**FURTHER ORDERED** that Jeremy A. Lieberman shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c), Jeremy A. Lieberman shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

**SO ORDERED**:

_____
Honorable Douglas E. Arpertp, U.S.M.J.