**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RANDY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ANTARES PHARMA, INC, *et al.*,<br><br>Defendants. | Civil Action No. 17-8945 (MAS) (DEA)<br><br>**ORDER** |

This matter comes before the Court upon Defendants Robert F. Apple, Fred M. Powell, Leonard S. Jacob and Antares Pharma, Inc.'s (collectively, "Defendants") Motion to Dismiss. (ECF No. 35.) Lead Plaintiff Serghei Lungu ("Plaintiff") opposed (ECF No. 36), and Defendants replied (ECF No. 37). The Court has carefully considered the arguments and decides the matter without oral argument pursuant to Local Civil Rule 78.1 For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 30th day of June, 2019 **ORDERED** that

1. Defendants' Motion to Dismiss (ECF No. 35) is **GRANTED**.
2. By **July 27, 2019**, Plaintiff may file an amended complaint.
3. If Plaintiff does not file an amended complaint by **July 27, 2019**, this matter will be dismissed with prejudice.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**