**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RANDY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>ANTARES PHARMA, INC., *et al.*,<br><br>Defendants. | Civil Action No. 17-8945 (MAS) (DEA)<br><br>**ORDER** |

This matter comes before the Court upon Defendants Robert F. Apple, Fred M. Powell, Leonard S. Jacob, and Antares Pharma, Inc.'s (collectively, "Defendants") Motion to Dismiss pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act. (ECF No. 59.) Lead Plaintiff Serghei Lungu ("Plaintiff") opposed (ECF No. 61), and Defendants replied (ECF No. 33). The Court has carefully considered the parties' arguments and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 28th day of April 2020 **ORDERED** that:

1. Defendants' Motion to Dismiss (ECF No. 59) is **GRANTED**.
2. By **May 29, 2020**, Plaintiff may file an amended complaint.
3. If Plaintiff files an amended complaint, Plaintiff shall further provide the Court with a form of the amended complaint that indicates in what respect(s) it differs from the complaint which it proposes to amend, by bracketing or striking through materials to be deleted and underlining materials to be added.

4. If Plaintiff does not file an amended complaint by **May 29, 2020**, this matter will be dismissed with prejudice.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE