UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY SMITH,<br><br>          Plaintiff,<br><br>          v.<br><br>ANTARES PHARMA, INC., et al.,<br><br>          Defendants. | Civil Action No. 17-8945 (MAS) (DEA)<br><br>**ORDER** |

This matter comes before the Court upon Defendants Antares Pharma, Inc.'s ("Antares" or the "Company"), Robert Apple, Fred Powell, and Leonard Jacob's (collectively, "Defendants") Motion to Dismiss the Consolidated Third Amended Class Action Complaint. (ECF No. 72.) Lead Plaintiff Serghei Lungu ("Plaintiff") opposed (ECF No. 76) and Defendants replied (ECF No. 78). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1.

**IT IS** on this 26th day of February 2021 **ORDERED** that

1. Defendants' Motion to Dismiss (ECF No. 72) is **GRANTED**.
2. Plaintiff's Consolidated Third Amended Class Action Complaint (ECF No. 66) is dismissed with prejudice.
3. The clerk shall close this case.

                                                                       **MICHAEL A. SHIPP**
                                                                       **UNITED STATES DISTRICT JUDGE**